**Richard BANKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 55633.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 25, 1990.

Michael Lee Henderson, Clayton, Henry B. Robertson, Kathleen Green, St. Louis, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

**PER CURIAM**

Movant appeals the denial of his Rule 27.26 motion without an evidentiary hearing. We affirm the motion court's order as movant has failed to show that the findings, conclusions and judgment were clearly erroneous. Rule 27.26(j). Because it would serve no precedential purpose, we affirm the order without written opinion under Rule 84.16(b). The parties have been furnished with a memorandum for their information only setting forth the reasons for our order.

**Mark MOORE, Plaintiff/Appellant,**

v.

**STATE of Missouri,
Defendant/Respondent.**

**No. 57295.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 25, 1990.

Henry B. Robertson, Beth A. Davis, St. Louis, for plaintiff/appellant.

William L. Webster, Atty. Gen., Andrea K. Spillars, Asst. Atty. Gen., Jefferson City, for defendant/respondent.

### ORDER

**PER CURIAM.**

Movant appeals the denial of his Rule 29.15 motion for post-conviction relief. We affirm.

Movant was convicted of second degree murder. His conviction was affirmed. *State v. Moore,* 581 S.W.2d 873 (Mo.App.E.D.1979).

In his motion, movant alleged five instances of ineffective assistance of counsel. An evidentiary hearing was conducted. The motion court filed extensive and complete findings of fact and conclusions of law, and denied relief.

The findings of fact and conclusions of law are fully supported by the record and are not clearly erroneous. No precedential value would be served by an opinion.

The judgment of the motion court is affirmed in accordance with Rule 84.16(b).